UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATTHEW DAVIS
    Petitioner
 v.            **Judgment in a Civil Case**
TRACY W. JOHNS
    Respondent    Case Number: 5:10-HC-2189-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, Chief United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on July 7, 2011, with service on:
Matthew Davis 00270-131, LSCI - Butner, P.O. Box 999, Butner, NC  27509 (via U.S. Mail)
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)

July 7, 2011            /s/ Dennis P. Iavarone
                 Clerk

Raleigh, North Carolina